HATTIE S. FREEMAN et al. v. THE RECTOR, CHURCHWARDENS AND VESTRYMEN OF THE CHURCH OF THE HOLY APOSTLES IN CITY OF NEW YORK.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ANNA WEISSMAN v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of WALDRON K. POST et al., as Executors of the Will of CAROLINE WHITE, Deceased. THE CITY OF NEW YORK; LINCOLN SCHOOL FOR NURSES.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Accounting of WINTHROP E. DWIGHT as Trustee under the Will of MARY A. FITZGERALD, Deceased. GWENDOLYN CURRAN; WINTHROP E. DWIGHT et al. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Appointment of a Committee of the Person and Property of EUGENE ADLER, an Alleged Incompetent Person. DOROTHY KEITH; EUGENE ADLER et al., as Executors of SAMUEL W. ADLER, Deceased, et al.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

SEBASTIAN DECARO v. THE CITY OF NEW YORK.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Petition of MARTHA J. STEWART to Vacate, Modify or Set Aside a Decree Judicially Settling the Account of Proceedings of CHARLES A. PEACOCK, as Executor of EDWARD PRITCHARD, Deceased, et al. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ELIZABETH D. McDOWELL v. WILLIAM F. RUSSELL, Individually, and as Dean of Teachers' College, Columbia University.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ADOLPH PALEIAS v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of The City of New York Relative to Acquiring Title to the Real Property Required for the Opening and Extending of East River Drive and for the Additions to Carl Schurz Park, in the Borough of Manhattan. ROBERT W. GOELET et al.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.